

**FILED**

MAR 1 0 2016

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.<br><br>Federal Defendants,<br><br>vs.<br><br>AMERICAN PETROLEUM INSTITUTE, et al.,<br><br>Defendant-Intervenors. | No. CV-11-15-GF-SEH<br><br>ORDER |

On February 5, 2016, this Court granted in part the Joint Motion of Plaintiffs and Federal Defendants to Stay Proceedings Pending Settlement Negotiations.[1]

---

[1] Docs. 95 and 100.

ORDERED:

The stay having expired on March 4, 2016, the parties shall file a report to the Court on the status of settlement on or before March 18, 2016.

DATED this 10th day of March, 2016.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge