William W. Mercer
Holland & Hart LLP
401 North 31st Street, Suite 1500
P. O. Box 639
Billings, Montana  59103-0639
E-mail:  wwmercer@hollandhart.com
Telephone:  (406) 896-4607
Fax:  (406) 252-1669

Hadassah M. Reimer (Wyo. Bar 6-3825)
Holland & Hart LLP
25 South Willow Street, Suite 200
P.O. Box 68
Jackson, Wyoming 83001
E-mail:  hmreimer@hollandhart.com
Telephone:  (307) 739-9741
Fax:  (307) 739-9744

Attorneys for Defendant-Intervenors
American Petroleum Institute,
Montana Petroleum Association,
Montana Chamber of Commerce,
and Western Energy Alliance

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, EARTHWORKS' OIL AND GAS ACCOUNTABILITY PROJECT, and WILDEARTH GUARDIANS,<br><br>         Plaintiffs,<br><br>vs. | Case No. CV 11-15-GF-SEH<br><br>DEFENDANT-INTERVENORS' NOTICE TO THE COURT REGARDING TELEPHONIC STATUS CONFERENCE ON MAY 26, 2016 |

|  |  |
|---|---|
| UNITED STATES BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of Interior, KENNETH L. SALAZAR, in his official capacity as Secretary of the Interior, JAMIE CONNELL, in her official capacity as State Director of the Bureau of Land Management's Montana State Office, and THERESA M. HANLEY, in her official capacity as Deputy State Director of the Bureau of Land Management's Montana State Office,<br><br>    Federal Defendants.<br><br>    v.<br><br>American Petroleum Institute, Montana Petroleum Association, Montana Chamber of Commerce, and Western Energy Alliance,<br><br>    Defendant-Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the court's May 19th Order [Doc. 108], the undersigned notifies the court that he wishes to be reached on (406) 647-3223 for the telephonic status conference at 10:00 a.m. on May 26, 2016.

Dated this 20th day of May, 2016.

        /s/ William W. Mercer
        William W. Mercer

        Attorney for Defendant-Intervenors
        American Petroleum Institute,
        Montana Petroleum Association,
        Montana Chamber of Commerce,
        and Western Energy Alliance

8809651_1