FILED

MAY 26 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.<br><br>Federal Defendants,<br><br>vs.<br><br>AMERICAN PETROLEUM INSTITUTE, et al.,<br><br>Defendant-Intervenors. | No. CV-11-15-GF-SEH<br><br>ORDER |

A telephonic status conference was held May 26, 2016. Plaintiff was represented by Erik Schlenker-Goodrich, Esq. Federal Defendants were represented by Ruth Ann Storey, Esq. Defendant-Intervenors were represented by William W. Mercer, Esq.

Plaintiffs and Federal Defendants have been engaged in settlement negotiations since January of 2016. On April 18, 2016, the Court granted the

parties a second extension, up to and including May 20, 2016, to complete and finalize the settlement.[1] On May 18, 2016, Defendant-Intervenors filed their opposition to settlement.[2] On May 19, 2016, Plaintiff and Federal Defendants filed a Status Report stating in pertinent part, that they "have reached a settlement agreement in principle" and "will file the settlement agreement and appropriate request to dismiss this action as soon as the final settlement document has been approved by all necessary parties and decision makers."[3]

ORDERED:

1. The parties shall have to and including June 17, 2016, in which to complete, finalize and execute the settlement which has been reached, and to file the final settlement agreement with the Court and serve a copy of the agreement on Defendant-Intervenor. If no settlement is reached by June 17, 2016, the parties shall file a notice of such with the Court.

2. Defendant-Intervenors may have to and including June 24, 2016, in which to file a brief in opposition to settlement stating the reasons for opposing the content of the settlement agreement.

---

[1] Doc. 105 at 2.

[2] Doc. 106.

[3] Doc. 107 at 2.

3. Plaintiffs and Federal Defendants may have to and including July 1, 2016, in which to file a response to Defendant-Intervenors' opposition to the settlement agreement.

4. If no settlement agreement is reached, executed and filed by June 17, 2016, a status conference to set a pretrial schedule will be set by further order of the Court.

DATED this 26th day of May, 2016.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge