IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, | No. 4:11-CV-15-GF-SEH |
| Plaintiffs, | |
| v. | **NOTICE OF ERRATA REGARDING STIPULATED AGREEMENT** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.* | |
| Federal Defendants, | |
| v. | |
| AMERICAN PETROLEUM INSTITUTE, *et al.* | |
| Intervenor Defendants. | |

On Friday, June 17, 2016 Plaintiffs and Federal Defendants (hereinafter "the Parties") submitted a joint motion to dismiss the above-captioned matter pursuant to an attached stipulated agreement. That stipulated agreement inadvertently omitted, in paragraph 6, the words "attorney fees." That paragraph 6 should

therefore read, in its entirety, and with the inadvertently omitted words "attorney fees" underlined for emphasis, as follows:

> This stipulated agreement contains all of the agreements between the Parties. The Parties agree that any other prior or contemporaneous representations or understandings not explicitly contained in this stipulated agreement, whether written or oral, are of no further legal or equitable force or effect. Nothing in this stipulated agreement shall be construed to prohibit or otherwise restrict Plaintiffs from seeking <u>attorney fees</u> and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Federal Defendants reserve the right to oppose any such request. Any subsequent modifications to this stipulated agreement must be in writing, and must be signed and executed by the Parties.

Respectfully submitted this 22nd day of June 2016.

/s/ Sarah K. McMillan
Sarah K. McMillan
WildEarth Guardians
P.O. Box 7516
Missoula, Montana 59807
406.549.3895
smcmillan@wildearthguardians.org

Erik Schlenker-Goodrich
Western Environmental Law Center
208 Paseo del Pueblo Sur, Unit 602
Taos, New Mexico 87571
575.613.4197
eriksg@westernlaw.org

Shiloh Hernandez
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
406.204.4861
hernandez@gmail.com

**COUNSEL FOR PLAINTIFFS**

JOHN C. CRUDEN
Assistant Attorney General

/s/ Ruth Ann Storey
Ruth Ann Storey
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C.  20044
(202) 305-0493
ruth.ann.storey@usdoj.gov

**Attorneys for Defendants**

Joint Motion to Dismiss Pursuant to Stipulated Agreement
MEIC v. BLM, No. 4:11-CV-15-GF-SEH