FILED

JUL 07 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.<br><br>Federal Defendants,<br><br>vs.<br><br>AMERICAN PETROLEUM INSTITUTE, et al.,<br><br>Defendant-Intervenors. | No. CV-11-15-GF-SEH<br><br>ORDER |

Upon review and consideration of the Plaintiffs' and Federal Defendants' Joint Motion to Dismiss Pursuant to Stipulated Agreement, the Stipulated Agreement itself and an attachment thereto, and the Notice of Errata Regarding Stipulated Agreement, and for good cause having been shown, IT IS ORDERED that:

The terms and conditions of the parties' Stipulated Agreement[1] and the Notice of Errata Regarding Stipulated Agreement[2] are hereby APPROVED, with all rights and obligations of performance reserved to the parties according to the terms and conditions stated therein. The parties' Joint Motion to Dismiss Pursuant to Stipulated Agreement,[3] and pursuant to this Order, is hereby GRANTED.

DATED this 7th day of July, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 113-1.

[2] Doc. 114.

[3] Doc. 113.