IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, | ) ) ) No. 4:11-CV-15-GF-SEH ) |
| Plaintiffs, | ) **ORDER GRANTING JOINT** ) **MOTION TO STAY** |
| v. | ) **PROCEEDINGS PENDING** ) **SETTLEMENT NEGOTIATIONS** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.* | ) **REGARDING ATTORNEYS' FEES** ) ) |
| Federal Defendants, | ) ) |
| v. | ) ) ) |
| AMERICAN PETROLEUM INSTITUTE, *et al.* | ) ) ) |
| Intervenor Defendants. | ) ) ) |

BEFORE this Court is the Joint Motion for a Stay Proceedings Pending Settlement Negotiations Regarding Attorneys' Fees, filed by Plaintiffs Montana Environmental Information Center et al., and Federal Defendants Bureau of Land Management et al. The Court having reviewed the Joint Motion, being fully

informed in the premises, and with good cause having been established, finds that the Joint Motion shall be GRANTED.

IT IS HEREBY ORDERED that all proceedings in this case shall be stayed for sixty (60) days until December 5, 2016.

Dated this 6th day of October, 2016.

Hon. Sam E. Haddon
United States District Judge