

**FILED**

DEC 05 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, | No. 4:11-CV-15-GF-SEH |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS TO ALLOW PARTIES TO FINALIZE SETTLEMENT OF ATTORNEYS' FEES** |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.* | |
| Federal Defendants, | |
| v. | |
| AMERICAN PETROLEUM INSTITUTE, *et al.* | |
| Intervenor Defendants. | |

BEFORE this Court is the Joint Motion of Plaintiffs and Federal Defendants to Extend Stay to Finalize Settlement Regarding Attorneys' Fees. The Court having reviewed the Joint Motion, being fully informed in the premises, and with good cause having been established, finds that the Joint Motion shall be GRANTED.

IT IS HEREBY ORDERED that the stay of all proceedings in this case shall be extended for thirty (30) days until January 2, 2017.

Dated this 5th day of December, 2016.

Hon. Sam E. Haddon
United States District Judge