IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION



FILED

FEB 0 6 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, | No. 4:11-CV-15-GF-SEH |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.* | |
| Federal Defendants, | |
| v. | |
| AMERICAN PETROLEUM INSTITUTE, *et al.* | |
| Intervenor Defendants. | |

The Parties, having reached a stipulated agreement concerning Plaintiffs' Motion for Attorneys' Fees, Costs, and Other Expenses[1] and the Court, having reviewed the terms and conditions of the stipulation,

---

[1] Doc. 117.

ORDERED:

Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses[2] is DENIED AS MOOT pursuant to the Stipulated Agreement and Joint Motion to Dismiss Regarding Plaintiffs' Motion for Attorneys' Fees,[3] the terms and conditions of which are hereby incorporated into this Order.

Dated this 6th day of February 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 117
[3] Doc. 124.